IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COULTER LOEB, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 13-3082 |
| | : | |
| POLICE OFFICER GEORGE J. GASPAR, | : | JURY TRIAL DEMANDED |
| | : | |
| Defendant. | : | |

**JOINT PROPOSED VERDICT SHEET**[1]

1. Does the jury find that Plaintiff Coulter Loeb has established, by a preponderance of the evidence, that Defendant Gaspar violated his right under the Fourth and Fourteenth Amendments to be free from unlawful arrest?

    YES: _____   NO: _____

    [Proceed to the next question.]

2. Does the jury find that Plaintiff Coulter Loeb has established, by a preponderance of the evidence, that Defendant Gaspar violated his right under the Fourth and Fourteenth Amendments to be free from malicious prosecution?

    YES: _____   NO: _____

    [If you answered "YES" to *either* of the above questions, proceed to Question 3. If you answered "NO" to all of the above questions, the foreperson should sign the form where indicated on page 2 and notify the clerk.]

---

[1] Assistant City Solicitor John Coyle has advised that defense counsel are in agreement with this proposed verdict sheet.

3. State the amount of damages that you award to Plaintiff Coulter Loeb as compensation for his injuries:

$ _____

[After you assign an amount of damages, proceed to question 4.]

4. Did Defendant Gaspar act maliciously or wantonly in violating Mr. Coulter's rights?

YES: _____          NO: _____

[If you answered "yes", then proceed to question 5. If you answered "no", the foreperson should sign the form and notify the clerk.]

5. Do you award punitive damages against Defendant Gaspar?

YES: _____          NO: _____

If yes, in what amount?

$ _____

DATE: _____          _____
                                                        FOREPERSON

Respectfully submitted,

3/2/2015  
Date

    /s/ Molly Tack-Hooper  
Molly Tack-Hooper  
PA ID No. 307828  
ACLU of PENNSYLVANIA  
P.O. Box 40008  
Philadelphia, PA 19106  
Tel.: (215) 592-1513 x 113  
Fax: (215) 592-1343  
Mtack-hooper@aclupa.org  
    Trial Counsel for Plaintiff

3/2/2015  
Date

    /s/ Susan M. Lin  
Susan M. Lin  
PA ID No. 94184  
Kairys, Rudovsky, Messing & Feinberg LLP  
The Cast Iron Building  
718 Arch Street, Suite 501 South  
Philadelphia, PA  19106  
Office: 215-925-4400  
Fax: 215-925-5365  
SLin@krlawphila.com  
    Trial Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2015 the foregoing Plaintiff's Proposed Voir Dire Questions was filed via the Court's CM/ECF system, is available for viewing and downloading, and, as such, was served upon the below:

> Amanda C. Shoffel, Esq.
> John Coyle, Esq.
> City of Philadelphia Law Department
> 1515 Arch Street, 14th Floor
> Philadelphia, PA  19102

>> */s/ Susan M. Lin*
>> Susan M. Lin